■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKEEM ADEYEMI, Appellant. [820 NYS2d 798]—

Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered July 25, 2005, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him to a term of two years, unanimously affirmed. The matter is remitted to Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5).

The People sufficiently complied with CPL 240.45 (1) (b) by turning over to defendant a list of a witness's convictions including the Penal Law sections violated and the dates of conviction (*see People v Graham*, 289 AD2d 417 [2001], *lv denied* 97 NY2d 754 [2002]; *People v Moore*, 244 AD2d 776 [1997], *lv denied* 91 NY2d 975 [1998]). The witness was thoroughly impeached by means of these convictions and defendant was not prejudiced by the absence of docket numbers (*see People v Osborne*, 91 NY2d 827 [1997]; *People v Arac*, 297 AD2d 560 [2002], *lv denied* 99 NY2d 580 [2003]; *People v Bazemore*, 272 AD2d 64 [2000], *lv denied* 95 NY2d 888 [2000]). The court properly exercised its discretion in denying defendant's request to recall the witness for further cross-examination about the underlying facts of one of his prior convictions based on newly obtained information, since there had already been a sufficient opportunity to cross-examine the witness on this subject (*see People v Stevenson*, 281 AD2d 323 [2001]).

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Andrias, Friedman, Marlow and Gonzalez, JJ.